

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

May 5, 2022

VIA EMAIL AND USAFX

Peter Cooper, Esq.
pcooper@petercooperlaw.com

David Issa, Esq.
DavidIssa@entraconsulting.com

David J. Hensel, Esq.
dhensel@hooverhullturner.com

Paul Enzinna, Esq.
penzinna@ellermanenzinna.com

      Re:    *United States v. Jared Paul Cantrell, Quentin G. Cantrell & Eric A. Cantrell*
             Case No. 22-CR-121 (TNM)

Dear Counsel:

      Today I have made available to you preliminary discovery via the USAfx portal in a folder named "U.S. v. Cantrells – Discovery." Within that folder is a subfolder named "2022-05-05 Production" that contains the materials identified in the enclosed index. Please note that certain materials have been designated "Sensitive" or "Highly Sensitive" under the Court's protective order. These materials are identified based on the folder name in which they are located, as set forth in the index. Upon request, the physical evidence associated with this case is available for review and inspection.

      The enclosed discovery materials have been provided pursuant to your request. Correspondingly, the United States hereby requests reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses

defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

The enclosed discovery materials and any future materials provided to the defense that may exceed the scope of the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion. By producing such materials, the United States does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

If you fail to receive a USAfx invitation in connection with this production, or if you are unable to access any of the materials listed in the enclosed index, please advise me promptly so that the United States can address the issue. Further, if there are any materials that are not enclosed herein or previously provided, but to which the defense believes it is entitled, please let me know.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Alison B. Prout*
Alison B. Prout
Assistant United States Attorney

Encl.

## DISCOVERY INDEX

| FOLDER | FILE NAME | SENSITIVITY |
|---|---|---|
| Serial 59 - CCTV - Highly Sensitive\ | 0126 USCS 01 Upper West Terrace - 2021-01-06_19h20min01s.mp4 | Highly Sensitive |
| Serial 59 - CCTV - Highly Sensitive\ | 0686 USCH 02 Rotunda Door Interior - 2021-01-06_19h37min05s.mp4 | Highly Sensitive |
| Serial 59 - CCTV - Highly Sensitive\ | 0912 USCS 01 Upper West Terrace Door - 2021-01-06_19h20min00s.mp4 | Highly Sensitive |
| Serial 59 - CCTV - Highly Sensitive\ | 0959 USC 02 Rotunda South - 2021-01-06_19h34min32s.mp4 | Highly Sensitive |
| Serial 59 - CCTV - Highly Sensitive\ | 0960 USC 02 Rotunda North - 2021-01-06_19h40min01s.mp4 | Highly Sensitive |
| Serial 59 - CCTV - Highly Sensitive\ | 7029 USCS 02 Rotunda Door Interior - 2021-01-06_19h44min51s.mp4 | Highly Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | ActDeact__MTN-3178091427_2020-09-01_to_2021-11-16.274.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | AttachedFax_11-16-2021_12-25-36.pdf | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | CDR-3G__3178091427_2020-09-01_to_2021-11-16.358.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | CDR-4G_VOLTE__3178091427_2020-09-01_to_2021-11-16.481.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | CDR-Historical-CDR-Explanation full.pdf | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | CDR-Historical-MMS-Explanation.pdf | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | CDR-Historical-SMS-Explanation.pdf | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | Certification of records NJ conformed copy sesig.html | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | DeviceId__MTN-3178091427_2020-09-01_to_2021-11-16.358.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | PaymentActivity__MTN-3178091427_2020-09-01_to_2021-11-16.508.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | Subscriber__MTN-3178091427_2020-09-01_to_2021-11-16.641.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | TextDetail-Historical_MMS__3178091427_2020-09-01_to_2021-11-16.282.csv | Sensitive |

| | | |
|---|---|---|
| Quentin Cantrell Verizon Records - Sensitive\ | TextDetail-Historical_SMS__3178091427_2020-09-01_to_2021-11-16.114.csv | Sensitive |
| Quentin Cantrell Verizon Records - Sensitive\ | VOLTE_call_detail_explanation_form.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | 3174748475_062189461500001_TOLLS_2020.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | 3G-and-4G-BDR-Explanation (1).pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | ActDeact__MTN-3174748475_2020-09-01_to_2022-01-07.518.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | AttachedFax_01-10-2022_10-43-05.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | AuthUsersAcctMgrs__3174748475_2020-09-01_2022-01-07__NoResults.901.txt | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | CDR-3G__3174748475_2020-09-01_to_2022-01-07.962.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | CDR-4G_VOLTE__3174748475_2020-09-01_to_2022-01-07.017.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | CDR-Historical-CDR-Explanation full.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | CDR-Historical-IP-Explanation.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | Certification of records NJ conformed copy sesig.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | DeviceId__MTN-3174748475_2020-09-01_to_2022-01-07.971.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | Features__3174748475_2020-09-01_to_2022-01-07.584.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | GJ2022010785905 Verizon GJ Return.zip | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | IP-BDR-3g-Data_Sessions__3174748475_2020-09-01_to_2022-01-07.728.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | IP-BDR-4g-Data_Sessions__3174748475_2020-09-01_to_2022-01-07.980.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | IP-Historical_Data_Sessions_3g__3174748475_2020-09-01_to_2022-01-07.851.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | IP-TDR2-Data_Sessions-4g__3174748475_2020-09-01_to_2022-01-07.772.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | OtherNumbers__3174748475_2020-09-01_to_2022-01-07.049.csv | Sensitive |

| | | |
|---|---|---|
| Eric Cantrell Verizon Records - Sensitive\ | PaymentActivity__MTN-3174748475_2020-09-01_to_2022-01-07.814.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | Subscriber__MTN-3174748475_2020-09-01_to_2022-01-07.012.csv | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | TDR2_IPSession_without_CellSite_4g_Explanation_Form.pdf | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | ValidateTNs-2022-01-12.html | Sensitive |
| Eric Cantrell Verizon Records - Sensitive\ | VOLTE_call_detail_explanation_form.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000002_1A0003872_0000001-SENSITIVE.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000002_1A0003873_0000001-SENSITIVE.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000002_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000003_1A0001826_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000003_1A0001827_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000003_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000004_1A0002842_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000004_1A0002843_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000004_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000006_1A0005009_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000006_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000007.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000007_1A0000004_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009_1A0009598_0000001.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009_1A0009598_0000002.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009_1A0009598_0000003.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009_1A0009598_0000004.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009_1A0009598_0000005.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000009_1A0009598_0000006.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000009_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000010_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000011_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000012_0000001.txt | Sensitive |

| | | |
|---|---|---|
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000013_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000014_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000015_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000016_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000017_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000011_1A0000018_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000012.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000014.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000014_1A0000020_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000014_1A0000021_0000001.xlsx | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000014_1A0000022_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000016_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000019.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000019_1A0000023_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000020_1A0006816_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000020_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000022.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000022_1A0007715_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000023_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000025.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000025_1A0008374_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000026.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000026_1A0000001_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000030_0000001.zip | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000031_0000001.htm | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000032_0000001.TIF | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000033_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000034_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000035_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000036_0000001.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000029_1A0000037_0000001.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000030_1A0009058_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000030_Redacted.pdf | Sensitive |

| | | |
|---|---|---|
| Serials - Sensitive\ | 0176-IP-3377317_0000032_1A0009281_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000032_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000033_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000034_1A0009569_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000034_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000035.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000035_1A0000040_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000036_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000037.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000037_1A0000002_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000038.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000038_1A0000004_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000039.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000039_1A0000007_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000040.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000040_1A0000041_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000041.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000041_1A0000042_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000043.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000043_1A0010047_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000044.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000044_1A0000043_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015238_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015239_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015240_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015241_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015242_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015243_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015244_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015245_0000001.PNG | Sensitive |

| | | |
|---|---|---|
| Serials - Sensitive\ | 0176-IP-3377317_0000046_1A0015246_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000046_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000051.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000051_1A0000056_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000051_1A0000057_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000057_1A0000068_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000060.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000062.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000062_1A0000075_0000001.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000062_1A0000076_0000001.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000063_1A0000077_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000063_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000064.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000064_1A0000078_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000064_1A0000079_0000001.PNG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000064_1A0000080_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000065.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000065_1A0000081_0000001.docx | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000065_Import.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000067_1A0000084_0000001_PHYSICAL.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000067_1A0000085_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000067_1A0000086_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000067_1A0000087_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000067_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000068_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000073_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000075.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000075_1A0000109_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000075_1A0000110_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000075_1A0000111_0000001.PDF | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000075_1A0000112_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3377317_0000075_1A0000113_0000001.pdf | Sensitive |

| | | |
|---|---|---|
| Serials - Sensitive\ | 0176-IP-3377317_0000075_1A0000114_0000001.docx | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000004_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000005_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000006_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000007_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000008_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000009_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000010_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000003_1A0000011_0000001.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000004.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000004_1A0000012_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000006.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000006_1A0000014_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000006_1A0000015_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000008.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000008_Import.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000020.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000020_1A0000019_0000001.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000020_1A0000020_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000020_1A0000021_0000001.JPG | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000022_1A0000022_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000022_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000036.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000036_1A0000025_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000036_1A0000025_0000002.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3501181_0000036_1A0000026_0000001.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000003_1A0000001_0000001_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000003_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000002.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000003.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000004.jpg | Sensitive |

| | | |
|---|---|---|
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000005.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000006.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000007.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000008.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000009.msg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000010.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000011.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000012.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000013.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000014.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000015.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000016.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000017.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000018.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000019.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000020.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000021.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000022.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000023.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000024.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000025.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000026.docx | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000027.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000028.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000029.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000030.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000031.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000032.jpg | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000033.docx | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_1A0000002_0000034.txt | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000006_Import_Redacted.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000014.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000014_1A0000007_0000001.pdf | Sensitive |
| Serials - Sensitive\ | 0176-IP-3519749_0000014_1A0000008_0000001.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ATT_Records_Key.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportAU_3179745.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportAU_3179745.txt | Sensitive |

| | | |
|---|---|---|
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportCAPM_3179745.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportCAPM_3179745.txt | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportCT_3179745.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportCT_3179745.txt | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportLandline_3179745.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportLandline_3179745.txt | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportNelos_3179745.pdf | Sensitive |
| Jared Cantrell Historical Cell Site Return - Sensitive\ | ReportNelos_3179745.txt | Sensitive |
| Serials\ | 0176-IP-3377317_0000083.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000144_0000001_PHYSICAL.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000144_0000002.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000144_0000003.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000144_0000004.docx | |
| Serials\ | 0176-IP-3377317_0000083_1A0000144_0000005.docx | |
| Serials\ | 0176-IP-3377317_0000083_1A0000144_0000006.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000145_0000001.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000145_0000002.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000145_0000003.docx | |
| Serials\ | 0176-IP-3377317_0000083_1A0000145_0000004.pdf | |
| Serials\ | 0176-IP-3377317_0000083_1A0000146_0000001_PHYSICAL.pdf | |
| Serials\ | 0176-IP-3377317_0000084.pdf | |
| Serials\ | 0176-IP-3377317_0000084_1A0000147_0000001.pdf | |
| Serials\ | 0176-IP-3377317_0000084_Import.pdf | |
| Serials\ | 0176-IP-3377317_0000086.pdf | |
| Serials\ | 0176-IP-3377317_0000086_1A0000148_0000001.pdf | |