

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*601 D Street, N.W.*
*Washington, D.C.  20530*

June 27, 2022

      Re:  Capitol Siege Cases
           Global Discovery Production No. 16

Dear Counsel:

This letter addresses Capitol Siege Section Discovery Unit Global Production No. 16, consisting of Relativity production volumes DOJCB_020 through and including DOJCB_023, and DOJ_ABD_010 through and including DOJ_ABD_015, and one evidence.com production.

### A. Relativity Productions

Materials shared to the defense Relativity workspace will become available to you upon your receipt of a license to access Relativity.[1]  Please be advised that sharing voluminous documents to the defense Relativity workspace can sometimes take several hours or days, depending on the size of files being shared.

1. **Volume DOJCB_020:**  On June 10, 2022, the following documents were shared to the defense Relativity database:
   a. U.S. Capitol Police ("USCP") CID Files (CAPD_001134934).
   b. USCP Crime Scene Unit Documents, Photos, & Files (CAPD_001134935 - CAPD_001135530).
   c. USCP Emails and Communications (CAPD_001135531- CAPD_001136175).
   d. USCP Text Messages (CAPD_001136176- CAPD_001136190).
   e. Materials gathered by the USCP related to Richard Barnett (CAPD_001136191- CAPD_001136928).
   f. Materials gathered by the Federal Bureau of Investigation ("FBI") related to Joseph Biggs (United States v. Ethan Nordean *et al.* Case No 21-cr-00175) (CAPD_001136929 - CAPD_001138562).

---

[1] If you have never received an invitation to obtain a Relativity license, or you are experiencing difficulties or challenges with gaining access, please email Shelli Peterson at Shelli_Peterson@fd.org.

 g. Materials gathered by the USCP related to Hunter Ehmke (CAPD_001138563 - CAPD_001138597).
 h. Materials gathered by the USCP related to Mark Mazza (CAPD_001138598 - CAPD_001147399).
 i. Materials gathered by the USCP related to Jesus Delamora Rivera (CAPD_001147400 - CAPD_001147403).
 j. Materials gathered by the USCP related to Scott Scheib (CAPD_001147406 - CAPD_001147438).
 k. Materials gathered by the USCP related to Mark Squatrito (CAPD_001147439 - CAPD_001148255).
 l. Materials gathered by the USCP related to Michael Taylor (CAPD_001148256 - CAPD_001148375).
 m. Materials gathered by the US Capitol Police related to Andrew Wrigley (CAPD_001147404 (also Nicholas Rodean) and CAPD_001148376 - CAPD_001155915).

2. **Volume DOJCB_021:** On June 10, 2022, the following documents were shared to the defense Relativity database:
 a. USCP Crime Scene Unit Files (CAPD_001155916 - CAPD_001156344).
 b. Materials gathered by the FBI relevant to individuals charged in the following cases: United States v. Elmer Stewart Rhodes, III *et al.*, Case No. 22-cr-00015; United States v. Donovan Crowl *et al.*, Case No. 22-cr-00028; and United States v. Jonathan Walden, Case No. 22-cr-00014 (CAPD_001156345 - CAPD_001161560; CAPD_001173601 - CAPD_001175769; CAPD_001180538 - CAPD_001180552; CAPD_001181951 - CAPD_001182347).
 c. Materials gathered by the FBI relevant to individuals charged in the following cases: United States v. Ethan Nordean *et al.* Case No 21-cr-00175; and United States v. Nicholas Ochs *et al.*, Case No. 21-cr-00073 (CAPD_001161561 - CAPD_001173600; CAPD_001175770 - CAPD_001180537; CAPD_001180553 - CAPD_001181779; CAPD_001181780 - CAPD_001181950).

These items are fully searchable and can be filtered using the "CODE_Individual Defendant" field. We note, however, that items coded to one individual may also contain information relevant to another individual. You should therefore not limit your review to those materials with your client's name in the "CODE_Individual Defendant" field.

3. **Volume DOJCB_022:** On June 17, 2022, the following documents were shared to the defense Relativity database:
 a. Materials gathered by the FBI relevant to individuals charged in the following cases: United States v. Ethan Nordean *et al.* Case No 21-cr-00175; United

States v. Nicholas Ochs *et al*., Case No. 21-cr-00073; United States v. Alan Fischer III *et al.,* Case No. 22-cr-00011; United States v. Jeffery Finley, Case No. 21-cr-00526; United States v. Gilbert Fonticoba, Case No. 21-cr-00638; United States v. Gabriel Garcia, Case No. 21-cr-00129; United States v. Arthur Jackman *et al.*, Case No. 21-cr-00378; United States v. Isaiah Giddings *et al.*, Case No. 21-mj-00689; United States v. Matthew Greene *et al*., Case No. 21-cr-00052; United States v. Ronald Loehrke *et al.*, Case No. 21-mj-00672; and United States v. Daniel Scott *et al.*, Case No. 21-cr-00292 *et al.* (CAPD_001868625 - CAPD_001947968).

As stated above, these items are fully searchable and can be filtered using the "CODE_Individual Defendant" field.  We note, however, that items coded to one individual may also contain information relevant to another individual.  You should therefore not limit your review to those materials with your client's name in the "CODE_Individual Defendant" field.

4. **Volume DOJCB_023:**  The National Threat Operations Center opened a tip-line for individuals to provide information regarding the identification of people involved in illegal activities on January 6, 2021.  On June 24, 2022, 21,319 such tips were shared to the defense Relativity database.  These tips were being provided in redacted format to protect the identity of the person providing the tip (CAPD_001947969 - CAPD_001969317).

5. **Volume DOJ_ABD_010:**[2]  On May 17, 2022, DOJ_ABD items associated with 93 individuals (listed in the attached index) were produced to the defense Relativity database (CAPD_000530147- CAPD_000625849).

6. **Volume DOJ_ABD_011:**  On May 27, 2022, DOJ_ABD items associated with 59 individuals (listed in the attached index) were produced to the defense Relativity database (CAPD_000625850- CAPD_000706670).

7. **Volume DOJ_ABD_012:**  On June 3, 2022, DOJ_ABD items associated with 46 individuals (listed in the attached index) were produced to the defense Relativity database (CAPD_000706671- CAPD_001134933).

8. **Volume DOJ_ABD_013:**  On June 13, 2022, DOJ_ABD items associated with 38 individuals (listed in the attached index) were produced to the defense Relativity database (CAPD_001182348 - CAPD_001334328).

---

[2] The Relativity volume prefix "DOJ_ABD" refers to production volumes that consist of the following types of digital evidence items: (1) files from digital devices (e.g., cell phones and laptop computers) or Stored Communications Act accounts (e.g., Gmail, Facebook, Twitter) that have been identified by law enforcement as relevant to the Capitol Siege investigation; and (2) recorded interviews with investigation subjects.

9. **Volume DOJ_ABD_014:**  On June 17, 2022, DOJ_ABD items associated with 24 individuals (listed in the attached index) were produced to the defense Relativity database (CAPD_001334329 - CAPD_001868624).

10. **Volume DOJ_ABD_015:**  On June 24, 2022, DOJ_ABD items associated with 56 individuals (listed in the attached index) were produced to the defense Relativity database (CAPD_001969318- CAPD_002152348).

All materials produced in volumes that begin with DOJ_ABD can be filtered by the name of the individual to whom they relate and by the type of item using the fields in Relativity called 1B1D_Subject and 1B1D_Device Description, respectively.

A corresponding index has been made available via USAfx. The PDF version of the index corresponds to this global production (only).  The Excel version of the index corresponds to this production and also includes all prior global productions.  We have removed the page number column from the index because the page count is misleading with respect to the production of certain digital items (e.g., spreadsheets, video files, audio files, and materials from scoped digital devices). Sensitivity designations for the materials described above are identified in the index and in the defense Relativity database.

As of June 24, 2022, 908,895 files (about 1.4 TB) have been provided to the defense Relativity database.  Among other things, these files include approximately 207 digitally recorded interviews, 946 FBI FD-302s, 61,370 tips, and the results of searches of 468 digital devices and 83 Stored Communications Act accounts.

B. **Evidence.com Productions**

Materials shared via evidence.com will become available to you upon your receipt of a license to access evidence.com.[3]  Please be advised that sharing voluminous video files can sometimes take several hours or days, depending on the size of files being shared.

On June 15, 2022, 12 files consisting of approximately 30 hours of Metropolitan Police Department ("MPD") Closed Circuit Television ("CCTV") footage recorded by 2 cameras between the hours of 10:00 a.m. on January 6, 2021 and 2:00 a.m. on January 7, 2021 were shared to the defense instance of evidence.com. These files are designated Sensitive under the protective order. (FPD_MPD CCTV 001 SENSITIVE).

Timestamps are available for these videos, but because of an evidence.com technical limitation, timestamps for MPD CCTV footage are only viewable when the footage is downloaded and viewed in the app VLC (available for free at https://www.videolan.org/vlc/).

---

[3] If you have never received an invitation to obtain a license for evidence.com, please email Shelli Peterson at Shelli_Peterson@fd.org.

To view the timestamp of the MPD CCTV footage you must:
1. Download the individual CCTV file you want to view.
2. Open that video in VLC.
3. If the timestamp doesn't show immediately, right-click anywhere on the video > open the "subtitle" menu > open the "sub track" menu and select 'Track 1 – [English]".

A corresponding evidence.com index has been made available via USAfx. (Indexes for all the additional videos currently in the defense instance of evidence.com were previously produced.) Over 24,000 files have been provided to the defense evidence.com video repositories.

### C. Application of Protective Order

If you receive any materials, whether in case-specific or global discovery, designated Sensitive or Highly Sensitive and (a) there is no protective order entered in the applicable case or (b) your client has refused to sign a written acknowledgment that s/he has read, understands and agrees to abide by the terms of the applicable protective order, we request that you refrain from disseminating those materials to your client. Instead, please inform the assigned prosecutor in writing and give them at least one week to file a motion with the Court to ensure that discovery materials are adequately protected.

***

We will forward additional discovery as it becomes available.

Sincerely,

*[signature]*

EMILY A. MILLER
Chief, Discovery Unit
Capitol Siege Section