# David Issa

| | |
|---|---|
| **From:** | Prout, Alison (USADC) <Alison.Prout@usdoj.gov> |
| **Sent:** | Thursday, June 9, 2022 10:31 AM |
| **To:** | David Issa |
| **Subject:** | Automatic reply: Cantrell |

I will be out of the office with limited access to email until Monday June 27.  If you need immediate assistance, please contact Vanessa Davis at vanessa.davis2@usdoj.gov.