## David Issa

**From:**       David Issa
**Sent:**       Monday, June 27, 2022 2:25 PM
**To:**         NI Silver
**Cc:**         Quentin Cantrell
**Subject:**    FW: Cantrell 22-cr-121

**From:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Sent:** Friday, June 24, 2022 7:52 AM
**To:** David Issa <DavidIssa@entraconsulting.com>
**Subject:** RE: Cantrell 22-cr-121

David,

Good morning. It is my understanding that you have received nearly all of the case-specific evidence in my possession at this time. It is not impossible, given the vast quantities of videos in this case, that at some future time, I or someone in my office, will discovery some video or other evidence that depicts your clients. You however have the same access to that database of videos and evidence that I do. Additionally, it is possible that as the government arrests more subjects and executes search warrants on their phones, social media accounts, etc., that the government will come into possession of additional evidence that depicts your client. If that occurs, I will turn it over to you when I come into possession of it.

Regarding the mens rea component: I won't belabor the obvious or make a long legal argument, but the law permits a factfinder to infer the natural probable consequences of their actions. The law does not require that your client specifically engage in "violence," but rather that they be disorderly or disruptive to the functioning of the Congress, which the riot obviously was. I would particularly commend to you Judge Collar-Kotelly's recent findings of facts and conclusions of law from last week's bench trial of Jesus Rivera, who was charged with the same charges as your client. In discussing the 1752(a)(2) charge, J. Collar-Kotelly writes:

> The following metaphor is helpful in expressing what the statute does require. Just as heavy rains cause a flood in a field, each individual raindrop itself contributes to that flood. Only when all of the floodwaters subside is order restored to the field. The same idea applies in these circumstances. Many rioters collectively disrupted Congressional proceedings, and each individual rioter contributed to that disruption. Because Rivera's presence and conduct in part caused the continued interruption to Congressional proceedings, the Court concludes that Rivera in fact impeded or disrupted the orderly conduct of Government business or official functions.

Of course, you should file whatever motions you feel are necessary, and the Government will respond in due course. If you decide you'd like to take us up on the plea offer I transmitted a few days ago, let me know, because there's a few logistical quirks in this courtroom. The judge requires "original, wet-ink signatures" on documents, which will probably involve us shipping some papers between DC and Indianapolis. Additionally, I'd be happy to talk over the phone if you need any help navigating the databases to look for a specific video or piece of evidence.

All the best,

Jeff

1

_____
Jeffrey Kiok
Attorney detailed to the District of Columbia
Office of Intelligence, National Security Division
U.S. Department of Justice
(202) 307-5967

---

**From:** David Issa <DavidIssa@entraconsulting.com>
**Sent:** Wednesday, June 22, 2022 4:58 PM
**To:** Kiok, Jeffrey (USASPC) <JKiok@usa.doj.gov>
**Subject:** [EXTERNAL] Cantrell 22-cr-121

Jeffrey,

I have been working my way through the available evidence for a some time now.  I finally have access to evidence.com though I have not yet received the training necessary for an efficient review of that evidence.  My understanding of the discovery letters however is that the evidence that is specific to this case and part of the State's prima facie showing is to be found on USAFx (based on the discovery matrix I have from Alison).  I have been through everything I can find in USAFx and I still am not finding anything supporting mens rea, and nothing relating to any violent or disorderly act.  Can you please identify the State's prima facie evidence.

I remind you that the Court has ordered that all such evidence must be turned over to the defense by the July 1 hearing.  Based on what I have seen this far, I believe the defense should move to have the charges dismissed.  If you have evidence of mens rea and/or of any violent or disorderly conduct I have not been able to find it.  I have seen video evidence that my client peacefully walked into the Capitol Building and peacefully walked out again less than two minutes later.  If there is additional evidence that you believe I should be aware of before filing a motion to dismiss, I ask that you please provide it.

Thanks,

David.

This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All legal services coordinated through by Entra Consulting employees, partners, contractors, or subcontractors will be coordinated and supervised by a licensed attorney, which the client has engaged, in the jurisdiction in which the work is performed. All laws of the relevant jurisdiction will be adhered to in the performance of any services through Entra Consulting.

Este correo electrónico y los archivos que se transmiten con él, son confidenciales y están destinados únicamente al uso de la(s) persona(s) o entidad(es) a la(s) que van dirigidos. Este mensaje contiene información confidencial y está dirigido únicamente a la(s) persona(s) nombrada(s). Si usted no es uno de los destinatarios, no debe difundir, distribuir o copiar este correo electrónico. Por favor, notifique inmediatamente al remitente por correo electrónico si ha recibido este mensaje por error y elimínelo de su sistema. Si usted no es el destinatario previsto, se le notifica que está estrictamente prohibido divulgar, copiar, distribuir o tomar cualquier acción en base al contenido de esta información. Todos los servicios legales coordinados a través de los empleados, socios, contratistas o subcontratistas de Entra Consulting serán coordinados y supervisados por un abogado autorizado y debidamente licenciado en la jurisdicción donde ejerce y se realiza el trabajo. Se respetarán todas las leyes de la jurisdicción correspondiente en la realización de cualquier servicio a través de Entra Consulting.