# David Issa

| | |
|---|---|
| **From:** | Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov> |
| **Sent:** | Wednesday, June 29, 2022 2:28 PM |
| **To:** | David Issa |
| **Subject:** | RE: U.S. v. Cantrell et al: Global Discovery Production #16 |

David,

Did you download these items when you got them? The issue might be that USAfx is just a file transfer system, not a storage system. It will auto-delete files after some amount of time if no one logs in.

Jeff

**From:** David Issa <DavidIssa@entraconsulting.com>
**Sent:** Wednesday, June 29, 2022 2:39 PM
**To:** Kiok, Jeffrey (USASPC) <JKiok@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Cantrell et al: Global Discovery Production #16

The screenshot does say that there is one item, but when I open the folder it appears to be an empty folder so the item must be a hidden item of some sort.  Thanks for looking into it for me!

**From:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Sent:** Wednesday, June 29, 2022 1:37 PM
**To:** David Issa <DavidIssa@entraconsulting.com>
**Subject:** RE: U.S. v. Cantrell et al: Global Discovery Production #16

David,

I don't have access to the folder you're looking at right now, but I am going to get access. It looks from your screenshot that there is "1 item" in the "Serial 71 – Video from Rioter's Cell Phone" and that is the video file you are seeking.

The FBI uses a "serial system" for its cases. If the Cantrell case is Case #100, then documents are "serialized" to the file, such that each "serial" gets assigned a number 100-01, 100-02, 100-03 and so on. So when the FBI produces some document related to a case, the document gets associated with the case file and assigned a serial number. An index was provided in the discovery letter of 4/11/22.

All the best,

Jeff

**From:** David Issa <DavidIssa@entraconsulting.com>
**Sent:** Wednesday, June 29, 2022 10:54 AM
**To:** Kiok, Jeffrey (USASPC) <JKiok@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Cantrell et al: Global Discovery Production #16

Hey Jeffrey,

When I go to the 4-16 folder, this (below) is what I see When I open any of them they are empty and asking me if I want to upload something. . The 4-16 folder is the only folder that behaves this way (empty).  Have I done something wrong?

On a sort of related note, what exactly are the Serials referencing?  Is that indexed somewhere I've missed?

Regards,

David



**From:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Sent:** Wednesday, June 29, 2022 7:02 AM
**To:** David Issa <DavidIssa@entraconsulting.com>
**Subject:** RE: U.S. v. Cantrell et al: Global Discovery Production #16

David,

The source of the video, which I believe is Exhibit 5 in the Complaint, is an attachment to Serial 71 in the discovery. It is a still from a video file called "IMG_0781.MOV," which is maybe about 50-60 seconds long. I'd be happy to help you find any other images, but they all should be within the case-specific discovery you've received.

All the best,

Jeff

_____
Jeffrey Kiok
Attorney detailed to the District of Columbia
Office of Intelligence, National Security Division
U.S. Department of Justice
(202) 307-5967

---

**From:** David Issa <DavidIssa@entraconsulting.com>
**Sent:** Tuesday, June 28, 2022 7:06 PM
**To:** Kiok, Jeffrey (USASPC) <JKiok@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Cantrell et al: Global Discovery Production #16

Jeffrey,

I'm sorry to be a pest, but I'm still not sure I'm getting this right. If I look at the complaint, there are several pictures of my client and one of them is a picture of him and another person standing in full view with him holding his hands behind his back. This picture I think is identified as coming from another party's camera. I've looked, but I can't find the source of that picture (or the others in the complaint for that matter). Am I looking in the wrong place?

Regards,

David.

---

**From:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Sent:** Tuesday, June 28, 2022 8:45 AM
**To:** David Issa <DavidIssa@entraconsulting.com>
**Subject:** RE: U.S. v. Cantrell et al: Global Discovery Production #16

No problem! Happy to explain or talk through any of the discovery.

Jeff

---

**From:** David Issa <DavidIssa@entraconsulting.com>
**Sent:** Tuesday, June 28, 2022 9:43 AM
**To:** Kiok, Jeffrey (USASPC) <JKiok@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Cantrell et al: Global Discovery Production #16

Thank you, I did get it and just didn't realize until you reminded me the significance of the numbering on it.

---

**From:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Sent:** Tuesday, June 28, 2022 8:42 AM
**To:** David Issa <DavidIssa@entraconsulting.com>
**Subject:** RE: U.S. v. Cantrell et al: Global Discovery Production #16

David,

I have an email from Alison Prout indicating she sent you #15 on May 10, 2022. But I am happy to re-send the index (attached here). If you don't have access to the USAfx folder, please let me know and I can try to send it again.

Jeff

---

**From:** David Issa <DavidIssa@entraconsulting.com>
**Sent:** Tuesday, June 28, 2022 9:39 AM
**To:** Kiok, Jeffrey (USASPC) <JKiok@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Cantrell et al: Global Discovery Production #16

Jeffrey,

Thank you for this.  I notice it says this is production number 16 and the last I have is #14.  Have I missed a 15 along the way?

Regards,

David.

---

**From:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Sent:** Tuesday, June 28, 2022 7:35 AM
**To:** Kiok, Jeffrey (USASPC) <Jeffrey.Kiok2@usdoj.gov>
**Subject:** U.S. v. Cantrell et al: Global Discovery Production #16

Counsel,

Please see the attached letter.  You should have received an email invitation today to the USAfx folder "DOJCB_016 2022.06.27 Capitol Siege Discovery."  If you have any questions, please let me know.


All the best,


Jeffrey Kiok

_____
Jeffrey Kiok
Attorney detailed to the District of Columbia
Office of Intelligence, National Security Division
U.S. Department of Justice
(202) 307-5967

This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All legal services coordinated through by Entra Consulting employees, partners, contractors, or subcontractors will be coordinated and supervised by a licensed attorney, which the client has engaged, in the jurisdiction in which the work is performed. All laws of the relevant jurisdiction will be adhered to in the performance of any services through Entra Consulting.

Este correo electrónico y los archivos que se transmiten con él, son confidenciales y están destinados únicamente al uso de la(s) persona(s) o entidad(es) a la(s) que van dirigidos. Este mensaje contiene información confidencial y está dirigido únicamente a la(s) persona(s) nombrada(s). Si usted no es uno de los destinatarios, no debe difundir, distribuir o copiar este correo electrónico. Por favor, notifique inmediatamente al remitente por correo electrónico si ha recibido este mensaje por error y elimínelo de su sistema. Si usted no es el destinatario previsto, se

le notifica que está estrictamente prohibido divulgar, copiar, distribuir o tomar cualquier acción en base al contenido de esta información. Todos los servicios legales coordinados a través de los empleados, socios, contratistas o subcontratistas de Entra Consulting serán coordinados y supervisados por un abogado autorizado y debidamente licenciado en la jurisdicción donde ejerce y se realiza el trabajo. Se respetarán todas las leyes de la jurisdicción correspondiente en la realización de cualquier servicio a través de Entra Consulting.

This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All legal services coordinated through by Entra Consulting employees, partners, contractors, or subcontractors will be coordinated and supervised by a licensed attorney, which the client has engaged, in the jurisdiction in which the work is performed. All laws of the relevant jurisdiction will be adhered to in the performance of any services through Entra Consulting.
Este correo electrónico y los archivos que se transmiten con él, son confidenciales y están destinados únicamente al uso de la(s) persona(s) o entidad(es) a la(s) que van dirigidos. Este mensaje contiene información confidencial y está dirigido únicamente a la(s) persona(s) nombrada(s). Si usted no es uno de los destinatarios, no debe difundir, distribuir o copiar este correo electrónico. Por favor, notifique inmediatamente al remitente por correo electrónico si ha recibido este mensaje por error y elimínelo de su sistema. Si usted no es el destinatario previsto, se le notifica que está estrictamente prohibido divulgar, copiar, distribuir o tomar cualquier acción en base al contenido de esta información. Todos los servicios legales coordinados a través de los empleados, socios, contratistas o subcontratistas de Entra Consulting serán coordinados y supervisados por un abogado autorizado y debidamente licenciado en la jurisdicción donde ejerce y se realiza el trabajo. Se respetarán todas las leyes de la jurisdicción correspondiente en la realización de cualquier servicio a través de Entra Consulting.

This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All legal services coordinated through by Entra Consulting employees, partners, contractors, or subcontractors will be coordinated and supervised by a licensed attorney, which the client has engaged, in the jurisdiction in which the work is performed. All laws of the relevant jurisdiction will be adhered to in the performance of any services through Entra Consulting.
Este correo electrónico y los archivos que se transmiten con él, son confidenciales y están destinados únicamente al uso de la(s) persona(s) o entidad(es) a la(s) que van dirigidos. Este mensaje contiene información confidencial y está dirigido únicamente a la(s) persona(s) nombrada(s). Si usted no es uno de los destinatarios, no debe difundir, distribuir o copiar este correo electrónico. Por favor, notifique inmediatamente al remitente por correo electrónico si ha recibido este mensaje por error y elimínelo de su sistema. Si usted no es el destinatario previsto, se le notifica que está estrictamente prohibido divulgar, copiar, distribuir o tomar cualquier acción en base al contenido de esta información. Todos los servicios legales coordinados a través de los empleados, socios, contratistas o subcontratistas de Entra Consulting serán coordinados y supervisados por un abogado autorizado y debidamente licenciado en la jurisdicción donde ejerce y se realiza el trabajo. Se respetarán todas las leyes de la jurisdicción correspondiente en la realización de cualquier servicio a través de Entra Consulting.

This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All legal services coordinated through by Entra Consulting employees, partners, contractors, or subcontractors will be coordinated and supervised by a licensed attorney, which the client has engaged, in the jurisdiction in which the work is performed. All laws of the relevant jurisdiction will be adhered to in the performance of any services through Entra Consulting.
Este correo electrónico y los archivos que se transmiten con él, son confidenciales y están destinados únicamente al uso de la(s) persona(s) o entidad(es) a la(s) que van dirigidos. Este mensaje contiene información confidencial y está dirigido únicamente a la(s) persona(s) nombrada(s). Si usted no es uno de los destinatarios, no debe difundir, distribuir o copiar este correo electrónico. Por favor, notifique inmediatamente al remitente por correo electrónico si ha recibido este mensaje por error y elimínelo de su sistema. Si usted no es el destinatario previsto, se le notifica que está estrictamente prohibido divulgar, copiar, distribuir o tomar cualquier acción en base al contenido de esta información. Todos los servicios legales coordinados a través de los empleados, socios, contratistas o subcontratistas de Entra Consulting serán coordinados y supervisados por un abogado autorizado y debidamente licenciado en la jurisdicción donde ejerce y se realiza el trabajo. Se respetarán todas las leyes de la jurisdicción correspondiente en la realización de cualquier servicio a través de Entra Consulting.

This email and any files transmitted with it are confidential and intended solely for the use of the individual(s) or entity to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not a named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All legal services coordinated through by Entra Consulting employees, partners, contractors, or subcontractors will be coordinated and supervised by a licensed attorney, which the client has engaged, in the jurisdiction in which the work is performed. All laws of the relevant jurisdiction will be adhered to in the performance of any services through Entra Consulting.
Este correo electrónico y los archivos que se transmiten con él, son confidenciales y están destinados únicamente al uso de la(s) persona(s) o entidad(es) a la(s) que van dirigidos. Este mensaje contiene información confidencial y está dirigido únicamente a la(s) persona(s) nombrada(s). Si usted no es uno de los destinatarios, no debe difundir, distribuir o copiar este correo electrónico. Por favor, notifique inmediatamente al remitente por correo electrónico si ha recibido este mensaje por error y elimínelo de su sistema. Si usted no es el destinatario previsto, se le notifica que está estrictamente prohibido divulgar, copiar, distribuir o tomar cualquier acción en base al contenido de esta información. Todos los servicios legales coordinados a través de los empleados, socios, contratistas o subcontratistas de Entra Consulting serán coordinados y supervisados por un abogado autorizado y debidamente licenciado en la jurisdicción donde ejerce y se realiza el trabajo. Se respetarán todas las leyes de la jurisdicción correspondiente en la realización de cualquier servicio a través de Entra Consulting.