UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 22-cr-121-02 (TNM) |
| | ) |
| Quentin Cantrell,            *defendant*. | ) |

NOTICE OF WITHDRAWAL

THE COURT WILL PLEASE NOTE the withdrawal of the undersigned, previously appointed provisionally under the Criminal Justice Act, this 19th day of September, 2022.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon all attorneys of record via ECF this 19th day of September, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*