# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**, <br><br> Plaintiff, <br><br> v. <br><br> **JARED PAUL CANTRELL**, *et al.*, <br><br> Defendants. | Case No. 1:22-cr-121 |

## <u>VERDICT</u>

For the reasons stated in the oral ruling on April 4, 2023, and based on the evidence presented at the bench trial, the Court finds as follows:

For **Count I** (ECF No. 16), Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1), Defendants Jared Paul Cantrell and Quentin G. Cantrell are **GUILTY**.

For **Count II**, Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2), Defendant Jared Paul Cantrell is **GUILTY**, and Defendant Quentin G. Cantrell is **NOT GUILTY**.

For **COUNT III**, Disorderly or Disruptive Conduct in a U.S. Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D), Defendants Jared Paul Cantrell and Quentin G. Cantrell are **NOT GUILTY**.

For **Count IV**, Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), Defendants Jared Paul Cantrell and Quentin G. Cantrell are **GUILTY**.

Dated: April 4, 2023

_____
TREVOR N. McFADDEN, U.S.D.J.